June BRYANT–BUNCH,
Plaintiff–Appellant,

v.

NORTHAMPTON COUNTY SHER-IFF'S DEPARTMENT; Wandie Vin-cent, Sheriff; Detective Reed; Deputy Parker; Jane Doe, Deputy; Magis-trate Shearn; Boyd Bennett, Director of Prisons; Lawrence Solomon; Neal Vaughan; C.A. Coleman, Lieutenant; Lieutenant Powell; Officer Mason; Officer Phillips; Officer Archer, De-fendants–Appellees.

June Bryant–Bunch, Plaintiff–Appellant,

v.

Northampton County Sheriff's Depart-ment; Wandie Vincent, Sheriff; De-tective Reed; Deputy Parker; Jane Doe, Deputy; Boyd Bennett, Director of Prisons; Lawrence Solomon; Neal Vaughan; C.A. Coleman, Lieutenant; Lieutenant Powell; Officer Mason; Officer Phillips; Officer Archer, De-fendants–Appellees,

and

Magistrate Shearn, Defendant.

Nos. 06–1499, 06–1765.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 17, 2006.

June Bryant–Bunch, Appellant Pro Se. Charles J. Vaughan, Woodland, North Carolina; Grady L. Balentine, James Phil-ip Allen, North Carolina Department of Justice, Raleigh, North Carolina; James Redfern Morgan, Jr., Robert T. Numbers, II, Womble, Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, June Bryant–Bunch appeals the district court's orders granting Appellee Shearn's motion to dismiss and granting the remaining Ap-pellees' motion to dismiss her 42 U.S.C. § 1983 (2000) action under Fed.R.Civ.P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-trict court. *See Bryant–Bunch v. North-ampton County Sheriff's Dep't,* No. 2:05–cv–00034–D (E.D.N.C. Apr. 7, 2006 & June 15, 2006). We dispense with oral argu-ment because the facts and legal conten-tions are adequately presented in the ma-terials before the court and argument would not aid the decisional process.

*AFFIRMED.*